# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --      )
     )
Potomac Construction Company, Inc.      )      ASBCA No. 60368
     )
Under Contract No. FQ9098      )

APPEARANCE FOR THE APPELLANT:      Charles W. Sickels, Esq.
     Sickels, Frei & Mims, P.C.
     Fairfax, VA

APPEARANCE FOR THE AUTHORITY:      Jon B. Crocker, Esq.
     Chief Counsel
     Washington Metropolitan Area
     Transit Authority
     Washington, DC

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 12 September 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60368, Appeal of Potomac Construction Company, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals